LYONS, Respondent, v. PEASE PIANO CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Catharine C. Lyons, individually and as executrix, etc., against the Pease Piano Company and John D. Pease.

PER CURIAM. We think that the facts set forth in the plaintiff's affidavit show that she is able to prepare the complaint without an examination of the officers of the defendant Pease Piano Company, and the order appealed from, denying said defendant's motion to vacate the order for such examination is therefore reversed, with $10 costs and disbursements, and the motion granted, with costs.